IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         )<br>                               )<br> THOMAS A. DRURY,              )<br>    3111 Holly Street          )<br>    Alexandria, VA 22305       )<br>                               )<br>        Defendant.             )<br>_____) | Case No. 1:20-cv-00128 |

**COMPLAINT FOR FEDERAL TAXES**

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income tax liabilities of the defendant, Thomas A. Drury, and complains and alleges as follows:

**Jurisdiction and Venue**

1. Jurisdiction is conferred on the Court by 28 U.S.C. §§ 1340 and 1345, as well as 26 U.S.C. § 7402.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391, because Thomas A. Drury resides in this district.

**Parties**

3. Plaintiff is the United States of America.

4. Defendant, Thomas A. Drury, resides in Alexandria, Virginia, within the jurisdiction of this Court.

1

# COUNT I
## REDUCE ASSESSMENTS MADE AGAINST THOMAS A. DRURY TO JUDGMENT

5. The United States incorporates paragraphs 1 through 4 of the complaint as if fully set forth herein.

6. A delegate of the Secretary of the Treasury made the following federal income tax assessments against Thomas A. Drury:

| Tax Type | Tax Year | Assessment Date | Original Tax Assessed | Outstanding Balance as of 2/10/2020 (including penalties and interest) |
|---|---|---|---|---|
| Income – Form 1040 | 2002 | 04/05/2010 | $111,851 | $24,625.77 |
| Income – Form 1040 | 2003 | 04/05/2010 | $146,885 | $140,905.44 |
| Income – Form 1040 | 2005 | 07/13/2009 | $295,711 | $231,654.09 |
| Income – Form 1040 | 2007 | 06/14/2010 | $4,923 | $6,895.94 |
| Income – Form 1040 | 2009 | 11/29/2010 | $5,132 | $8,829.02 |
| **Total Due** | | | | **$412,910.26** |

7. Notice and demand for payment of the assessments described in paragraph 6 were given to Thomas A. Drury.

8. Statutory additions for interest and penalties have accrued and will continue to accrue on the assessments described in paragraph 6.

9. Thomas A. Drury has not fully paid the outstanding balance of the assessments described in paragraph 6.

10. By reason of the foregoing, Thomas A. Drury is indebted to the United States in the amount of $412,910.26, as of February 10, 2020, plus interest and costs that will continue to accrue after that date according to law.

WHEREFORE, the United States respectfully requests:

A.     That this Court enter judgment for plaintiff United States of America, and against the defendant, Thomas A. Drury, in the amount of $412,910.26, as of February 10, 2020, plus interest and costs that will continue to accrue after that date according to law until paid; and

B.     That the Court award the United States such further relief, including the costs and fees of this action, that the Court deems appropriate.

Dated: February 6, 2020

G. ZACHARY TERWILLIGER
United States Attorney

/s/ *Kristin S. Starr*
KRISTIN S. STARR
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 838-2638
Facsimile: (703) 299-3983
Email: Kristin.Starr@usdoj.gov

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER, VSB No. 81953
Trial Attorney, Tax Division
Attorney for the United States
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1920
Fax: (202) 514-6866
Email: Kieran.O.Carter@usdoj.gov